## 19561. GOODWIN v. THE STATE.

BLOODWORTH, J. "In this case there is no assignment of error upon a final judgment; and, indeed, there is no assignment of error upon the judgment overruling the motion for a new trial. It follows that the writ of error must be dismissed." *Candler Auto Co.* v. *Evans*, 38 *Ga. App.* 85 (142 S. E. 752).

*Writ of error dismissed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 9, 1929.

*C. W. Atwill,* for plaintiff in error.
*D. D. Smith, solicitor,* contra.

## 19568. HUNT v. THE STATE.

BROYLES, C. J. The only assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial, which contained the usual general grounds only. The verdict was authorized by the evidence, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*Claud Brackett, Frank R. Fling,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.

## 19576. MUSICK v. THE STATE.

BROYLES, C. J. The evidence, though circumstantial, was sufficient to exclude every reasonable hypothesis save that of the defendant's guilt, and the special grounds of the motion for a new trial disclose no reversible error.     *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*H. C. Strickland, Smith & Millican,* for plaintiff in error.
*Emmett Smith, solicitor,* contra.